# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| *UNITED STATES OF AMERICA* | CRIMINAL COMPLAINT |
| v. | |
| *STEVEN CRAIG CHAVEZ* | CASE NUMBER: MJ-26-04079-PCT-CDB |

I, David Delio, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about February 13, 2026, in the District of Arizona, within the confines of the Havasupai Indian Reservation, Indian Country, the defendant, STEVEN CRAIG CHAVEZ, an Indian, did knowingly and intentionally assault R.G. and S.J. with a dangerous weapon, that is, a bat, with the intent to do bodily harm, in violation of Title 18 U.S.C. §§ 1153, 113(a)(3) and 2.

### COUNT 2

On or about February 13, 2026, in the District of Arizona, within the confines of the Havasupai Indian Reservation, Indian Country, the defendant, STEVEN CRAIG CHAVEZ, an Indian, did enter and remain unlawfully in the residence of R.G., with the intent to commit a felony therein, in violation of Title 18, United States Code, §§ 1153 and 2, and A.R.S. 13-1507.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts: **See attached Affidavit incorporated herein.**

Continued on an attachment sheet and made a part hereof:  ☒ Yes   ☐ No

REVIEWED BY: *AUSA Dimitra H. Sampson*

  X   Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.

David Delio, Special Agent, FBI

DAVID DELIO
Digitally signed by DAVID DELIO
Date: 2026.03.05 16:04:15 -07'00'

- 1 -

**CC:  USM & PTS**

Complainant's Name and Title                                                                 Complainant's Signature         Date

X\_\_\_\_\_  Sworn by Telephone

_____                     Flagstaff, Arizona_____
Date/Time                                                                                         City and State

                                                                                                        **Camille D.** Digitally signed by
                                                                                                        Camille D. Bibles
                                                                                                        **Bibles** Date: 2026.03.06
                                                                                                        14:43:53 -07'00'
Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office                                                             Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

### ELECTRONICALLY SUBMITTED AFFIDAVIT

I, <u>FBI Special Agent David Delio</u>, state under oath as follows:

1. I am employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and I have been so employed since September 2019. Your affiant has approximately six years of experience as a sworn federal law enforcement officer. I am currently assigned to the FBI Phoenix Division, Lake Havasu City Resident Agency. My primary duties include the investigation of violent crimes committed in Indian Country, including physical assaults.

2. The information contained in this affidavit is based upon my personal knowledge, training, and experience, as well as information provided to me by other law enforcement officers and/or witnesses including those listed herein. Because this affidavit is made to establish probable cause, I have not listed every fact known regarding this investigation.

### Introduction

3. This case involves the February 13, 2026, assaults with a dangerous weapon of R.G. and S.J., and burglary of R.G.'s home, by Steven Craig Chavez (hereinafter "Steven Chavez") and A'oda Tvuuh Ivy Chavez (hereinafter "A'oda Chavez"). The assaults and burglary occurred in Supai, AZ, at R.G.'s residence, which is within the exterior boundaries of the Havasupai Indian Reservation. As set

forth further below, Steven and A'oda Chavez entered and remained unlawfully in the residence of R.G., and assaulted R.G. and S.J. with a bat, in violation of 18 U.S.C. §§ 1153, 113(a)(3), and 2 (Assault With A Dangerous Weapon and Aid and Abet), and §§ 1153 and 2, and A.R.S. 13-1507 (Residential Burglary and Aid and Abet). Both Steven and A'oda Chavez are Indians. Steven Chavez has blood from the Havasupai and Navajo Indian Tribes, both federally recognized tribes, and is a member of the Havasupai Indian Tribe. A'oda Chavez has blood from the Havasupai, Navajo, Hualapai, and Zuni Pueblo Tribes, all federally recognized tribes. She is an enrolled member of the Hualapai Tribe.

## Investigation/Probable Cause

4. On February 13, 2026, your affiant was contacted by Bureau of Indian Affairs (BIA) Police Officer Charles Etheredge (Officer Etheredge) regarding an assault which occurred on the morning of February 13, 2026. It was alleged that the victims, S.J. and R.G., were struck about the body and head, several times, with a metal baseball bat by A'oda and Steven Chavez. Due to her injuries, S.J. had to be air lifted out of Supai, AZ, and transported via emergency vehicle to Kingman Regional Medical Center (KRMC) in Kingman, AZ. The assault occurred inside R.G.'s residence in Supai, AZ, which is within the exterior boundaries of the Havasupai Indian Reservation, on Indian Tribal Land, within the District of Arizona.

5. On February 13, 2026, your affiant conducted an audio recorded interview of S.J. The interview occurred inside of the Emergency Department of the

KRMC. After being informed of the identity of the interviewing Agent, and the nature of the interview, S.J. provided the following information:

    a. On the morning of February 13, 2026, A'oda Chavez showed up to R.G.'s house. A'oda Chavez, R.G., and S.J. were all drinking together; A'oda Chavez was also high. R.G.'s children were in their bedrooms. A'oda Chavez started saying things about S.J.'s girlfriend, S.M. While S.J. stayed in the bedroom, R.G. and A'oda Chavez were in the kitchen. R.G. yelled for S.J. to come to the kitchen. By the time S.J. got to the kitchen, A'oda Chavez had hit R.G. with a pan; therefore, S.J. did not see this.

    b. When S.J. got to the kitchen, A'oda Chavez rushed S.J. with the pan. S.J. eventually hit A'oda Chavez and then dragged her out of the house. While S.J. was not clear on the timing, she said that at some point, A'oda Chavez started breaking out windows in the house, so R.G. and S.J. locked her in the laundry room. R.G. and S.J. eventually let A'oda Chavez out of the laundry room and she walked off "talking shit." It was daylight by this time.

    c. About 30 minutes to an hour later, A'oda Chavez returned to R.G.'s house with a metal baseball bat and her uncle, Steven Chavez. R.G. and S.J. were trying to keep them from getting in because R.G.'s front door does not lock, but A'oda and Steven Chavez made their

way inside swinging the bat. A'oda Chavez was swinging the metal bat first and hit R.G. Then, Steven Chavez grabbed the bat and said, "You gotta him 'em harder." Steven Chavez hit R.G. and S.J. multiple times with the bat. He hit S.J. on the arms; he hit R.G. on her body, stomach, and legs.

    d. A'oda Chavez took the bat back from Steven Chavez and charged at S.J., hitting her with the bat. S.J. was holding up her arms to defend herself, but eventually S.J.'s arm dropped and wasn't working anymore; after S.J.'s arm dropped is when A'oda Chavez hit S.J. with the bat, in the head. A'oda and Steven Chaveez ran off when they saw the blood. The children present in the house were in their rooms and did not see any of the assaults, but were crying afterwards.

    e. S.J. and R.G. went to Indian Health Services (IHS) for medical treatment, which is when S.J. was flown out and taken to KRMC.

6. On February 18, 2026, your affiant conducted an audio recorded, telephonic, interview of R.G. The interview was conducted via Officer Etheredge's cellular phone, and was captured on body camera. Also present during the interview was Officer Etheredge and BIA Officer Stevyn Pujols (Officer Pujols). After being informed of the identity of the

interviewing Agent, and the nature of the interview, R.G. provided the following information:

  a. A'oda Chavez came over to R.G.'s residence and was accusing R.G. and S.J. of jumping K.P. (R.G.'s "baby daddy"), which R.G. said never happened. They were just drinking together at first, but then A'oda Chavez started getting "into it" with S.J. (verbally) about S.J.'s girlfriend, S.M. S.J. asked R.G. to tell A'oda Chavez to leave the residence, but A'oda Chavez wouldn't leave. Instead, A'oda Chavez grabbed a cake pan and struck R.G. in the nose with it, causing her to bleed. R.G. called for S.J., who came out of the bedroom and helped drag A'oda Chavez out of the house.

  b. A'oda Chavez then went around back to the laundry room of R.G.'s home and was throwing things and tried to kick in the back door. When asked about locking A'oda Chavez in the laundry room, R.G. similarly was not clear on the timing, but did confirm that A'oda Chavez had broken her window, so R.G. and S.J. locked her in the laundry room, but eventually let her out. When A'oda Chavez left, she went to get Steven Chavez.

  c. S.J. and R.G. were in R.G.'s kitchen when A'oda and Steven Chavez pushed open the front door and came into her house. The children were all asleep in their rooms and didn't see the incident. Steven

5

      Chavez pushed R.G. and R.G. fell over a table. He punched S.J. twice, and then hit her with a metal bat once or twice. He gave the bat to A'oda Chavez and she hit S.J. three or four times. She was aiming for S.J.'s head, but S.J. was blocking it with her arms. A'oda Chavez did end up hitting S.J. in the head with the bat. A'oda Chavez also hit R.G. on the leg with the bat after punching her.

    d. Once A'oda and Steven Chavez saw S.J.'s blood, they ran out the door. R.G. and S.J. went to IHS for treatment. R.G.'s injuries included a bloody nose, bruised leg, and swollen eye. R.G. did not have a broken nose, just a bloody one.

7. On February 25, 2025, your affiant conducted a telephonic, audio recorded, custodial interview of Steven Chavez. During the interview, Steven Chavez was communicating telephonically, while in the custody of the Unites States Marshals Service (USMS), at the Coconino County Detention Facility (CCDF), in Flagstaff, AZ. Also present, with Steven Chavez inside of CCDF, during the interview was USMS Deputy Marshal Rebecca Simonsen. After being informed of the identity of the interviewing Agent, and the nature of the interview, and after being informed of his rights, Steven Chavez agreed to speak to your affiant and provided the following information:

  a. On the evening of February 12, 2026, and into the morning of February 13, 2026, Steven Chavez was with his girlfriend, K.K.; K.K. was enrolled with the Hualapai Tribe. Steven Chavez claimed he did not know about the incident your affiant was asking about.

  b. On the morning of February 13, 2026, Steven Chavez' niece, A'oda Chavez, came over to K,K. and Steven's place all "bloody," "beat up," and she was too drunk to explain what happened to her. K.K. cleaned A'oda Chavez up.

  c. Steven Chavez denied he was at R.G.'s house with A'oda Chavez and said he was at K.K.'s all night and all day. He admitted A'oda Chavez did not go to IHS for medical treatment, but repeatedly denied going to R.G.'s house any time on February 13th, 2026, and denied having a bat. He said K.K. would tell the investigators that he was at her place all of the night before and all of that morning. Steven Chavez eventually terminated the interview.

8. On February 25, 2026, your affiant conducted an audio recorded, telephonic (which is also captured on body camera), interview of K.K. Also present, in Supai, AZ, during the phone interview was BIA Officer Pujols. After being informed of the identity of the interviewing Agent, and the nature of the interview, K.K. provided the following information:

a. On the morning of February 13, 2026, A'oda Chavez, Steven Chavez' niece, pulled up to the door all "blank." She was "out of it," "crying," and "traumatized."

b. K.K. believed that A'oda and Steven Chavez left for R.G.'s around 9:00 A.M. that morning. There was no bat that K.K. saw when they left her house.

c. Basically, it was "the last straw," but K.K. did not know what R.G. and S.J. had done that night. She thought it had something to do with K.P. originally, and then they turned on A'oda Chavez. Steven and A'oda Chavez were gone five, ten, or fifteen minutes (probably ten minutes).

d. When Steven Chavez got back from R.G.'s, they talked about what they were going to eat that morning. Steven Chavez told K.K. that A'oda Chavez basically did what she did because they did what they did to her, and it was "revenge-type shit" for her. Steven Chavez said it was all females, so he stood by to make sure there were no males around and let A'oda Chavez do it. Steven Chavez did say he went over there to help A'oda Chavez.

e. When they got back, A'oda Chavez was coping. She didn't say anything about what happened. Steven and A'oda Chavez left K.K's again, and then Steven Chavez came back alone an hour or

8

two later. K.K. did not know why Steven would say that K.K. would tell the investigators that he never went over to R.G.'s that morning. Steven Chavez did not tell K,K. what to say about what happened. They never went through a story.

9. On February 28, 2026, your affiant conducted a telephonic, audio recorded, custodial interview of A'oda Chavez. This was also captured on body camera. During the interview, she was communicating telephonically, within the custody of the BIA Police, at the Supai Jail, located in Supai, AZ. Also present, with A'oda Chavez inside of the Supai Jail during the interview was BIA Officer Etheredge. After being informed of the identity of the interviewing Agent, and the nature of the interview, and after reading A'oda Cavez her rights, she agreed to speak with your affiant and provided the following information:

   a. At the outset of the interview, A'oda Chavez said it wasn't both Steven Chavez and her; it was only her doing the beating.

   b. A'oda Chavez was around the village and then stopped by R.G.'s house. She, R.G., and S.J. were drinking together and A'oda Chavez was already drunk, so she didn't know what happened. They put gashes in her head and she was bleeding. A'oda Chavez went to go see her uncle, Steven Chavez, and told him and K.K. what happened. She was crying and Steven Chavez got mad.

9

    c. A'oda and Steven Chavez went back over to R.G.'s house. Steven Chavez did give her the bat. When they knocked on R.G.'s door, Steven Chavez told her, basically, "Whoever you see, first;" so, that's just what she did. A'oda Chavez hit both R.G. and S.J., and then they left. She was really drunk. Her gash was still healing, and she was pretty "messed up."

    d. When confronted about not receiving treatment for her injuries, she said Steven Chavez wanted to take her to the clinic, but she just wasn't "having it." She said she was bleeding a lot, but she was fine. She was just mad.

    e. A'oda Chavez remembered getting into an argument with R.G., which started everything. But she didn't remember anything after that other than being beat up. She did not know what she was hit with. She just knows her sweater and necklace were gone.

    f. Afterward, A'oda Chavez gave the baseball bat back to Steven Chavez, because it wasn't hers. At the end of the interview, she asked if Steven Chavez was being charged.

10. S.J.'s KRMC medical records state the following:

    a. "29-year-old Female. Provided Indication: assault with bat."

    b. "Left frontal scalp contusion, hematoma and laceration, without acute fractures."

   c. "Reevaluation/Discussion: Patient initial presentation is suspicious for a laceration as a result of assault."

   d. "Procedures Laceration Location 1: Site: scalp," "Size (cm): 6," "Number of sutures: 6."

   e. S.J. also had soft tissue swelling of her forearm and wrist.

## Conclusion

Based on the foregoing, I believed that there is probable cause to support that Steven Craig Chavez and A'oda Tvuuh Ivy Chavez have violated 18 U.S.C. §§ 1153, 113(a)(3), and 2 (Assault With A Dangerous Weapon and Aid and Abet), and 18 U.S.C. §§ 1153 and 2, and A.R.S. 13-1507 (Residential Burglary and Aid and Abet). Warrant for Steven and A'oda Chavez are respectfully requested.

**Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.**

Executed on: March ____, 2026

DAVID DELIO
Digitally signed by DAVID DELIO
Date: 2026.03.06 06:03:24 -07'00'
_____
David Delio, Special Agent, FBI

 X  Sworn by Telephone

Date/Time: _____

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2026.03.06 14:42:34 -07'00'
_____
Camille D. Bibles
United States Magistrate Judge